DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CGDRB LLC,**
Appellant,

v.

**EAST ATLANTIC CREDIT, LLC,** a Florida limited liability company,
**PALM AVENUE HIALEAH TRUST,** a Delaware statutory trust, **SKYBAR
HOLDINGS, LLC,** a Florida limited liability company, **BSB DELRAY,
LLC,** a Florida limited liability company, **ATLANTIC DRAGONSTORE,
LLC,** a Florida limited liability company, **BY HOSPITALITY, LLC,** a
Florida limited liability company, **BMY HOLDINGS, LLC,** a Florida
limited liability company, **AIR-REF CO., INC.,** a Florida corporation,
**CHRISTOPHER LICATA,** individually, and **VLADISLAV YAMPOLSKY,**
individually,
Appellees.

No. 4D2023-0061

[July 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Gregory M. Keyser, Judge; L.T. Case No.
502020CA005819.

Juan C. Zorrilla of Fowler White Burnett P.A., Miami, for appellant.

John L. Penson of John L. Penson, P.A., for appellee Palm Avenue
Hialeah Trust.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***